UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-191M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| JAMES WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:

Traveling with Intent to Engage in Illicit Sexual Conduct With a Minor; Distribution of Child Pornography

<u>Date of Detention Hearing</u>:    April 28, 2006

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER                                                                 15.13
18 U.S.C. § 3142(i)                                                              Rev. 1/91
PAGE 1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is charged with offenses under 18 U.S.C. §§2423(b) and (e) and 2252(a)(2) and (b)(1), offenses involving a minor victim. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. §3142(e).

(2) A detention hearing was initially held on April 25, 2006. At that time, it was found that conditions existed which would reasonably assure the safety of the community and the appearance of the defendant. The United States' motion to stay the issuance of an appearance bond was granted, while the AUSA consulted with her supervisor about requesting review by a district judge.

(3) On April 28, 2006, the United States presented new and material evidence relating to the defendant's release, as a result of which Pretrial Services revised the original release recommendation to a recommendation that defendant be detained. Specifically, evidence was proffered that defendant had been accused of the sexual touching of his 13 year old step-daughter in 1985. Defendant is alleged to have confessed to the incident. The alleged circumstances of the incident bear sufficient similarity to the current allegations to suggest a pattern of predatory behavior.

(4) Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 1st day of May, 2006.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge